IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VISALUS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MARINO CAMACHO,<br><br>    Defendant. | CIVIL NO.: 13-1631 (CCC-MEL) |

**FINAL CONSENT ORDER OF DISMISSAL**

*RECEIVED & FILED*
*CLERK'S OFFICE*
*AUG 3 1 2014*
*US DISTRICT COURT*
*SAN JUAN, PR*

Upon joint motion of the parties, and the Court being advised through such motion that the parties have resolved their differences and are in agreement to entry of this Final Consent Order Of Dismissal, and the Court being of the belief that entry of this Order does not work an injustice on any party, IT IS HEREBY ORDERED AS FOLLOWS:

a) Prior to October 5, 2014, Camacho shall not recruit or solicit either in person, electronically, by telephone, via e-mail, orally, in writing, via social media (including Facebook, LinkedIn, or other media), or by any other means, any person that Camacho knows to be a then current promoter/distributor of ViSalus to alter or end his or her relationship with ViSalus and/or to join or become affiliated with another network marketing company;

b) Nothing in this Order shall require or suggest that Camacho is prohibited from continuing to work with any individuals that are already working with Camacho prior to the entry of this Order;

c) This Order shall expire at midnight of October 4, 2014, without further action by the Court or by any party;

d) This action otherwise is dismissed, with prejudice, and without an award of attorneys' fees or costs to any party; and

e) This Court retains jurisdiction over this matter solely for the purpose of compliance with this Order.

                                                                    **Carmen Consuelo Cerezo**
                                                                    **United States District Judge**

Dated: August 21, 2014

4825-8134-3005, v. 1